*David Oppenheim, Lewis M. Isaacs, Jr., M. S. Isaacs* and *I. S. Isaacs* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

In the Matter of the Claim of CLARA COOPER, Respondent, against BRUNSWICK CIGAR Co., INC., et al., Appellants.

WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted October 20, 1948; decided November 24, 1948.

*Joseph D. Edwards* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.